**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3785

_____

| | | |
|---|---|---|
| Doroteo Rivera, | * | |
| | * | |
| Petitioner, | * | On Petition for Review from |
| | * | Immigration and Naturalization |
| v. | * | Service. |
| | * | |
| Immigration and Naturalization Service, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted: April 13, 1998

Filed: April 22, 1998

_____

Before FAGG and HANSEN, Circuit Judges, and STROM,* District Judge.

_____

PER CURIAM.

Having considered Doroteo Rivera's petition for review, we conclude Rivera's contentions are without merit. We affirm for the reasons set forth in the decision of the Board of Immigration Appeals. See 8th Cir. R. 47B.

_____

*The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska, sitting by designation.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.